**E-FILED on** __05/20/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAISY D. QUESADA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY LENDING, INC. DBA JMAC LENDING, EMC MORTGAGE CORPORATION, QUALITY LOAN SERVICE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and all persons unknown, claiming, any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>    Defendants. | No. C-08-05790 RMW<br><br>ORDER REGARDING MOTION TO DISMISS<br><br><br>**[Re Docket No. 12]** |

On January 7, 2009, defendants EMC Mortgage Corporation ("EMC") and Mortgage Electronic Registration Systems, Inc. ("MERS") removed this case from Santa Clara County Superior Court. On January 9, 2009, EMC and MERS moved to dismiss the complaint for failure to state a claim. Plaintiff then filed a first amended complaint on February 3, 2009, which eliminated the claims for relief arising under federal law. *See* Opp. to Mot. to Dismiss 2. Plaintiff apparently anticipates moving to remand. *Id.*

The amended complaint no longer seeks relief under federal law. In addition, the deed of trust included as Exhibit 1 to defendants' request for judicial notice (Docket No. 12) lists "ComUnity Lending Inc." (presumably the same entity as defendant Community Lending, Inc.) as a California corporation. Because the complaint on its face does not appear to provide a basis for exercising federal-question or diversity jurisdiction, the court requests additional briefing from defendants, not to exceed five pages, setting forth any basis for continued federal jurisdiction in this case.

Defendants shall file their brief by Friday, May 29, 2009. The hearing on the pending motion to dismiss is continued to Friday, June 12, 2009.

DATED:     05/20/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Reuben Lagbao Nocos        rlnocos@nocoslaw.com

**Counsel for Defendants:**

John M. Sorich             jsorich@adorno.com
Sung-Min Christopher Yoo   cyoo@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      05/20/09                                  JAS
                                               **Chambers of Judge Whyte**