E-FILED on    06/11/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAISY D. QUESADA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY LENDING, INC. DBA JMAC LENDING, EMC MORTGAGE CORPORATION, QUALITY LOAN SERVICE, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and all persons unknown, claiming, any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | No. C-08-05790 RMW<br><br>ORDER REMANDING CASE TO SANTA CLARA COUNTY SUPERIOR COURT<br><br><br>**[Re Docket No. 12]** |

　　　　After defendants EMC Mortgage Corporation and Mortgage Electronic Registration Systems, Inc. removed this case from Santa Clara County Superior Court, plaintiff filed a first amended complaint which eliminated all claims for relief arising under federal law.

　　　　Ordinarily, if all claims over which a district court has original jurisdiction have been eliminated early in a removed action, the remaining state-law claims should be remanded to state court. *See Acri v. Varian Assocs.*, 114 F.3d 999, 1001 (9th Cir.1997)(en banc ); *see also id.* (O'Scannlain, J., dissenting).  The court concludes here that it should not exercise supplemental

jurisdiction over the state-law claims.  The court hereby remands this action to the Superior Court of California, Santa Clara County.

The hearing on the motion to dismiss and the case management conference, presently scheduled for June 12, 2009, are hereby vacated.  The motion to dismiss is denied as moot.

DATED: 06/11/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Reuben Lagbao Nocos     rlnocos@nocoslaw.com

**Counsel for Defendants:**

John M. Sorich              jsorich@adorno.com
Sung-Min Christopher Yoo   cyoo@adorno.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  06/11/09                                          JAS
                                                   **Chambers of Judge Whyte**

ORDER REMANDING CASE TO SANTA CLARA COUNTY SUPERIOR COURT —No. C-08-05790 RMW
JAS                                              3